CAROLINE HEBERT, as Administratrix, etc., Appellant, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Respondent.

(Argued December 9, 1892; decided December 23, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 30, 1891, which affirmed a judgment in favor of defendant entered upon a nonsuit.

*James Lansing* for appellant.

*Edwin Young* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.